UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

HILLIARD PHILLIPS                                                                        PLAINTIFF

VS.                                                    CIVIL ACTION NO. 3:11-CV-743-CWR-FKB

INTERNAL REVENUE SERVICE, ET AL.                                              DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Keith Ball entered on December 12, 2011 and which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636 and Fed. Rule Civ. P. 72(b)(2), and this court, finding that there has been no submission of written objections by any party within said time, hereby adopts said Report and Recommendation as the order of this court.  Furthermore, even considering the untimely objection of Phillips, the Court finds that his motion is not well-taken.

SO ORDERED, this the 8th day of March, 2012.

s/Carlton W. Reeves
UNITED STATES DISTRICT JUDGE