UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

HILLIARD PHILLIPS                                                                          PLAINTIFF

VS.                                                       CIVIL ACTION NO. 3:11-CV-743-CWR-FKB

INTERNAL REVENUE SERVICE, ET AL.                                          DEFENDANTS


ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States

Magistrate Judge Keith Ball entered on March 26, 2012 and which clearly notified the respective

parties in the above-styled and numbered cause that failure to file written objections to the findings

and recommendations contained within fourteen (14) days from the date of filing would bar further

appeal in accordance with Title 28 U.S.C. § 636 and Fed. Rule Civ. P. 72(b)(2), and this court,

finding that there has been no submission of written objections by any party, hereby adopts said

Report and Recommendation as the order of this court.


        SO ORDERED, this the 18th day of April, 2012.


                                                 s/Carlton W. Reeves
                                                 UNITED STATES DISTRICT JUDGE